1
2
3
4
5
6
7
8

Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
Gregory A. Davis (AZ Bar No. 025976)
gregory.davis@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Tel: (602) 528-4000
Fax: (602) 253-8129

Attorneys For Defendant
DriveTime Car Sales Company, LLC

9

10      **IN THE UNITED STATES DISTRICT COURT**

11      **DISTRICT OF ARIZONA**

12

Phoebe Black, individually and on behalf
of all others similarly situated,

Plaintiff,

v.

DriveTime Car Sales Company, LLC

Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:20-cv-02406-JJT

**NOTICE OF SETTLEMENT AND
STIPULATED MOTION TO VACATE
DEADLINE TO RESPOND TO FIRST
AMENDED COMPLAINT**

(Assigned to Honorable Judge John J.
Tuchi)

13
14
15
16
17
18
19
20

21      Plaintiff Phoebe Black and defendant DriveTime Car Sales Company, LLC

22 ("DriveTime") hereby give notice that they have reached a settlement in principle.  The

23 parties are working to document a mutually-acceptable settlement agreement, and anticipate

24 filing a stipulation of dismissal by Wednesday, July 21, 2021.

25      In light of the settlement, the parties stipulate and request that DriveTime's deadline

26 to respond to Plaintiff's First Amended Complaint be vacated.  A proposed order is

27 submitted concurrently herewith.

28

1    RESPECTFULLY SUBMITTED this 30th day of June, 2021.

2

3                                          */s/      Gregory A. Davis*
                                           Brian A. Cabianca (AZ Bar No. 016410)
4                                          Gregory A. Davis (AZ Bar No. 025976)
                                           SQUIRE PATTON BOGGS (US) LLP
5                                          One East Washington Street, Suite 2700
                                           Phoenix, Arizona 85004
6                                          Attorneys for Defendant DriveTime Car Sales
7                                          Company, LLC

8

9                                          */s/      Ignacio Hiraldo* (with permission)
                                           Ignacio Hiraldo (*pro hac vice*)
10                                         IJH Law
                                           1200 Birckell Ave., Suite 1950
11                                         Miami, Florida 33131
12                                         Attorneys for Plaintiff and the Proposed Class

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1