IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phoebe Black,<br><br>  Plaintiff,<br><br>v.<br><br>DriveTime Car Sales Company LLC,<br><br>  Defendant. | No. CV-20-02406-PHX-JJT<br><br>**ORDER** |

The Court has considered the Parties' Notice of Settlement and Stipulated Motion to Vacate Deadline to Respond to First Amended Complaint. (Doc. 34.). In the Stipulated Motion, filed June 30, 2021, the parties seek vacatur of the deadline for filing an Answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. 25).

The Court gives meaning to the mandate of Rule 1, Fed. R. Civ. P., that cases are to be managed to ensure parties reach a point of certainty and repose as quickly, efficiently and inexpensively as possible, and the best way the Court knows to do that is to set reasonable deadlines and then adhere to them. A "settlement in principle" is a legal non-entity. It does not constitute an accord which would extinguish claims, as would an actual settlement. The parties therefore are asking the Court to wholly vacate deadlines that are intended to keep the matter on track without a firm resolution. If the Court granted the pending motion and the parties' negotiations then were to fail resulting in continued litigation, the Court would lose control of the matter and its management. It will not take that chance. Instead it will extend the deadline for Defendant to file an Answer or otherwise

respond to Plaintiff's First Amended Complaint (Doc. 25) for 14 days. If no notice of settlement is filed by that date, Defendant's Answer will be due.

IT IS ORDERED granting in part and denying in part the Stipulated Motion to Vacate Deadline to Respond to First Amended Complaint. (Doc. 34.) The deadline for Defendant to Answer or otherwise respond to Plaintiff's First Amended Complaint (Doc. 25) is extended to August 14, 2021.

Dated this 30th day of June, 2021.

Honorable John J. Tuchi
United States District Judge