Brian A. Cabianca (AZ Bar No. 016410)
brian.cabianca@squirepb.com
Gregory A. Davis (AZ Bar No. 025976)
gregory.davis@squirepb.com
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Tel: (602) 528-4000
Fax: (602) 253-8129

Attorneys For Defendant
DriveTime Car Sales Company, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Phoebe Black, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DriveTime Car Sales Company, LLC<br><br>Defendant. | Case No. 2:20-cv-02406-JJT<br><br>**JOINT NOTICE OF SETTLEMENT AND MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL PAPERS OR RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(Assigned to Honorable Judge John J. Tuchi) |

This Court issued an order on June 30, 2021 acknowledging that the parties have reached a settlement in principle and extending for 14 days the deadline for dismissal papers or for defendant to file an Answer or otherwise respond to Plaintiff's First Amended Complaint, which set the deadline to July 16, 2021. The parties have now agreed on and signed final settlement documentation and anticipate filing dismissal papers within the next 20 days. The parties thus request for the July 16 deadline to respond to plaintiff's amended complaint be extended to August 6, 2021.

A proposed order is submitted concurrently herewith.

1

1     RESPECTFULLY SUBMITTED this 16th day of July, 2021.

*/s/*   *Brian A. Cabianca*
Brian A. Cabianca (AZ Bar No. 016410)
Gregory A. Davis (AZ Bar No. 025976)
SQUIRE PATTON BOGGS (US) LLP
One East Washington Street, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant DriveTime Car Sales Company, LLC


*/s/*   *Ignacio Hiraldo* (with permission)
Ignacio Hiraldo (*pro hac vice*)
IJH Law
1200 Birckell Ave., Suite 1950
Miami, Florida 33131
Attorneys for Plaintiff and the Proposed Class