# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phoebe Black,<br><br>  Plaintiff,<br><br>v.<br><br>DriveTime Car Sales Company LLC,<br><br>  Defendant. | No. CV-20-02406-PHX-JJT<br><br>**ORDER** |

At issue is the parties' Joint Notice of Settlement and Motion for Extension of Time to File Dismissal Papers or Respond to First Amended Complaint (Doc. 36). Upon review,

IT IS HEREBY ORDERED granting the parties' Joint Notice of Settlement and Motion for Extension of Time to File Dismissal Papers or Respond to First Amended Complaint (Doc. 36).

IT IS FURTHER ORDERED that Defendant shall have until August 6, 2021, to file an Answer or otherwise respond to Plaintiff's Complaint (Doc. 1) or the parties shall file a stipulation of dismissal by that date.

Dated this 19th day of July, 2021.

Honorable John J. Tuchi
United States District Judge