**IJH Law**
Ignacio Hiraldo, Esq.
(*pro hac vice*)
1200 Brickell Ave. Suite 1950
Miami, FL 33131
E: IJhiraldo@IJhlaw.com
T: 786-496-4469

*Attorney for Plaintiff and Proposed Class*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phoebe Black, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Drivetime Car Sales Company, LLC,<br><br>Defendant. | Case No. 2:20-cv-02406-JJT<br><br>**STIPULATION OF DISMISSAL** |

    Plaintiff Phoebe Black and Defendant Drivetime Car Sales Company, LLC ("Defendant") hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees.

    Plaintiff's claims are dismissed with prejudice and the claims of the unnamed putative class members are dismissed without prejudice.

    A proposed form of order is submitted herewith.

Date: July 30, 2021

Respectfully Submitted,

| **IJH Law** | **SQUIRE PATTON BOGGS (US) LLP** |
|---|---|
| <u>/s/ Ignacio Hiraldo</u><br>Ignacio Hiraldo, Esq.<br>(*pro hac vice*)<br>1200 Brickell Ave. Suite 1950<br>Miami, FL 33131<br>E: IJhiraldo@IJhlaw.com<br>T: 786-496-4469<br><br>*Attorney for Plaintiff and Proposed Class* | <u>/s/ Gregory A. Davis (with permission)</u><br>Brian A. Cabianca<br>Gregory A. Davis<br>One East Washington Street, Suite 2700<br>Phoenix, Arizona 85004<br><br>*Attorneys for Defendant DriveTime Car Sales Company, LLC* |