IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phoebe Black,<br><br>    Plaintiff,<br><br>v.<br><br>DriveTime Car Sales Company LLC,<br><br>    Defendant. | No. CV-20-02406-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulation of Dismissal (Doc. 38), and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 38). The above-entitled matter is hereby dismissed with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED that all pending motions (Doc. 21, 22) are deemed moot.

IT IS FURTHER ORDERED directing the Clerk to close this matter.

Dated this 2nd day of August, 2021.

Honorable John J. Tuchi
United States District Judge